# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-8462

**Rebublic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

vs.

**Smoke Shop For You XX, Inc. dba Smoke Shop Pipes & Stuff and Hamd Kamal**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

PARTY SERVED: **SMOKE SHOP FOR YOU XX, INC. DBA SMOKE SHOP PIPES & STUFF**

PERSON SERVED: **HAMD KAML, OWNER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/08/2020 at 3:25 PM**

ADDRESS, CITY AND STATE: **1333 W. TAYLOR ST, CHICAGO, IL 60607**

DESCRIPTION: **Asian, Male, 25, 5'06", 180 lbs, Black hair and was wearing glasses**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Samuel L. Jones, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 9th day of April, 2020.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #:

Tracking #: **432408**